# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Kristian Pedersen, <br> Russell Mullen, <br> Jennifer Alves, <br>     Plaintiffs, <br> <br> v. <br> <br> Roto-Rooter Services Company, <br> Roto-Rooter Group, Inc., <br> Chemed Corporation, <br> NUROTOCO OF <br> MASSACHUSETTS, INC. <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 1:10-V-11804-GAO |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

**PLEASE TAKE NOTICE** that Plaintiff Kristian Pedersen, Plaintiff Russell Mullen, and Plaintiff Jennifer Alves, ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss all claims in this action *without prejudice* as to Defendant Roto-Rooter Services Company, Defendant Roto-Rooter Group, Inc., Defendant Chemed Corporation, and Defendant Nurotoco of Massachusetts, Inc.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

(1) *By the Plaintiff.*

    (**A**) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (**i**) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

<table>
<tr><td></td><td>Respectfully submitted,<br><br>For the Plaintiffs,<br>By their Attorneys,<br><br>/s/ Lisa S. Carlson<br>Lisa S. Carlson<br>BBO # 668824<br>lisa@massbaylaw.com<br><br>/s/ Lisa M. Holland<br>Lisa M. Holland<br>BBO # 673109<br>207 Bedford Street, Suite 11<br>Lakeville, MA 02347<br>Lholland@massbaylaw.com</td></tr>
<tr><td>Date: January 27, 2011</td><td>(888) 333-5133</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I, Lisa S. Carlson, an attorney, certify that on January 27, 2011, I served the above and foregoing *Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)*, by causing true and accurate copies of such paper to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic filing system, on this the 27th day of January 2011.

Scott T. Buckley
Weltman Law Group
200 High Street, 6th Floor
Boston, MA  02110
sbuckley@weltmanlaw.com
/s/ *Lisa S. Carlson*
Lisa S. Carlson